UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENZEL SAMONTA RIVERS,

               Plaintiff,

v.                                              Case No. 19-cv-842-pp

ROBERT AHLBORG, *et al.*,

               Defendants.

**ORDER DENYING PLAINTIFF'S MOTION FOR ORDER (DKT. NO. 4) AND GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 9)**

The plaintiff filed a motion for an extension of time to pay the initial partial filing fee. Dkt. No. 9. He states that he will have the money to pay the $4.56 initial partial filing fee by August 1, 2019. Id. The court will grant the plaintiff's request for an extension of time.

The plaintiff also filed a motion titled "Plaintiff Motion for an Order to Cease Federal Filing Fee After Initial Filing Fee Is Paid and After Federal Filing Fees Are Paid Off In Cases 17-cv-1458/17-cv-1496." Dkt. No. 4. This motion asks the court to "cease this case federal filing fees once initial filing fee is paid." Dkt. No. 4 at 1. The plaintiff explains that he has three civil cases pending in federal court and that paying the balances of the filing fees in all three cases at the same time is depleting his account. Id. He says that he can't purchase writing supplies, make copies or take other action to pursue his cases. Id. He asks the court to order that once it receives the initial partial filing fee in this case, he does not have to make any payments against the

1

balance of the filing fee in this case until he has paid off the balances due in his other two cases. Id. at 1-2.

The United States Supreme Court recently held that 28 U.S.C. §1915(b)(2) requires simultaneous (not sequential) recoupment of multiple filing fees incurred by an indigent prisoner. Bruce v. Samuels, 136 S. Ct. 627, 632 (2016). The court noted that simultaneous collection of the filing fee is consistent with the intent of the Prisoner Litigation Reform Act to "contain prisoner litigation." Id. at 633. The court will deny the plaintiff's motion.

The court **DENIES** the plaintiff's motion for an order to cease federal filing fee. Dkt. No. 4.

The court **GRANTS** the plaintiff's motion for an extension of time to pay the initial partial filing fee. Dkt. No. 9.

The court **ORDERS** that the plaintiff must submit his initial partial filing in time for the court to receive it by the end of the day on **August 1, 2019**. If the court does not receive the initial partial filing fee by the end of the day on August 1, 2019, the court will dismiss the case without further notice.

Dated in Milwaukee, Wisconsin this 8th day of July, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**

2